# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GEORGE KENNEDY | * | |
| | * | |
| v. | * | Civil No. – JFM-13-1671 |
| | * | |
| JPMORGAN CHASE BANK, ET AL. | * | |

## **MEMORANDUM**

George Kennedy has brought this *pro se* action against (1) JPMorgan Chase Bank, N.A., Jamie Dimon, Deutsche Bank National Trust Company, and Renaldo Reyes, (2) Thomas Barnett, Dominette Celli and Michelle Berkeley-Ayres (associated with the Atlantic Law Group, LLC), and Greenberg Traurig, P.A., Dennis Melero and Cory Eichhorn.

Plaintiff has pleaded no viable claim against the defendants associated with the Atlantic Law Group or Greenberg Traurig. All that the Atlantic Law Group did was to file a foreclosure action in Delaware in connection with the property that is the subject of this action. All that Greenberg Traurig did was to successfully oppose a motion to intervene filed by Kennedy in the Delaware action. Kennedy's claims in this action, which apparently arise from alleged statements made on behalf of JPMorgan Chase Bank that 302 S. Ocean Drive LLC would be permitted to assume a mortgage previously issued to Helen Hines which was in default at the time the Delaware action was instituted, had nothing to do with either the Atlantic Law Group or Greenberg Traurig. If Kennedy contends that any lawyer committed fraud in connection with the Delaware action, he should file an action in the Delaware court in which the fraud allegedly occurred.

1

Kennedy's claims against JPMorgan Chase and related defendants likewise fail. Kennedy clearly alleges in the complaint and argues in his opposition that he is bringing this action in his individual capacity and as the manager of 302 S. Ocean Drive LLC. He further alleges that he at one time was a twenty percent owner of 302 S. Ocean Drive LLC and presently is a one hundred percent owner. However, it was 302 S. Ocean Drive LLC, not Kennedy himself, who allegedly was to become the purchaser of the property in question. Thus, Kennedy personally has no claim against JPMorgan Bank N.A. and the related defendants.[1]

Further, Kennedy has alleged no facts that would substantiate any claim against the JPMorgan defendants. Any fraudulent statements made in connection with the original issuance of the mortgage obviously had nothing to do with 302 S. Ocean Drive LLC because Helen Hines, not 302 S. Ocean Drive LLC, was the owner of the property in question. Moreover, Kennedy has alleged no facts to show that any fraudulent statements were made to him when JPMorgan Chase Bank foreclosed on the loan.

A separate order granting the motions to dismiss and dismissing this action is being entered herewith.

Date: January 29, 2014     \_\_\_/s/_____
                                                      J. Frederick Motz
                                                      United States District Judge

---

[1] Kennedy also has alleged absolutely no facts that would substantiate any claim against the individual defendants associated with JPMorgan or against Deutsche Bank National Trust Company. Moreover, he has not opposed the motion to dismiss filed on their behalf.